An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

KEITH E. BROOKS,
                              Appellant,
                vs.
THE STATE OF NEVADA,
                              Respondent.

No. 68193

**FILED**

SEP 2 8 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
      DEPUTY CLERK

*ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a motion for specific performance of the guilty plea agreement. Eighth Judicial District Court, Clark County; Kerry Louise Earley, Judge.

Because no statute or court rule permits an appeal from the aforementioned decision, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, C.J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

cc:    Hon. Kerry Louise Earley, District Judge
       Keith E. Brooks
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

15-29252